**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 03-6967**

―――――――――――

UNITED STATES OF AMERICA,

                                        Petitioner - Appellee,

        versus

PAUL NAGY,

                                        Respondent - Appellant.

―――――――――――

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. W. Earl Britt, Senior
District Judge. (CA-98-951-5-BO)

―――――――――――

Submitted:  January 14, 2004        Decided:  February 20, 2004

―――――――――――

Before WILKINSON, WILLIAMS, and MOTZ, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

George Alan DuBois, OFFICE OF THE FEDERAL PUBLIC DEFENDER, Raleigh,
North Carolina, for Appellant.  Rudolf A. Renfer, Jr., Assistant
United States Attorney, Raleigh, North Carolina, for Appellee.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Paul Nagy appeals the district court's order denying the "Motion to Release Respondent to his Native Country, Romania, at the Government's Expense." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Nagy, No. CA-98-951-5-BO (E.D.N.C. filed May 7, 2003, entered May 14, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED